UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN FRILOUX                                                  CIVIL ACTION

VERSUS                                                         No. 04-3058

ST. CHARLES PARISH SCHOOL BOARD *et al.*                       SECTION I/3

**O R D E R**

**IT IS ORDERED** that the motion for summary judgment filed on behalf of defendant, Rodney Lafon, is **DISMISSED** for failure to comply with this Court's scheduling order.[1]

New Orleans, Louisiana, March 17th, 2006.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Rec. Doc. No. 21 at p. 2.